UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNIE S. LORD, | Civil No. 2:08-CV-1596-CRD |
| Plaintiff, | |
| vs. | ORDER FOR REMAND |
| MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br>Defendant | |

Based on the stipulation of the parties it is hereby ORDERED that the above-captioned case be remanded for further administrative proceedings. On remand, the Administrative Law Judge (ALJ) will hold a de novo hearing. The ALJ will further consider the medical source opinions, including the opinions of Linda Ford, M.D., and Michael Koerner, M.D., pursuant to the provisions of 20 C.F.R. § 404.1527 and Social Security Rulings (SSRs) 96-2p and 96-5p and explain the weight given to such opinion evidence. With respect to Dr. Koerner, the ALJ's reasons for rejecting his July 30, 2007, declaration were flawed. The ALJ will also further

evaluate Plaintiff's mental impairments in accordance with the special technique described in 20 C.F.R. § 404.1520a; further consider the effect of obesity on Plaintiff's other impairments and her ability to perform work-related activities pursuant to SSR 02-01p; reevaluate Plaintiff's credibility pursuant to SSR 96-7p; and, if necessary, obtain supplemental evidence from a vocational expert. Before relying on that evidence, the ALJ will identify and resolve any conflicts or discrepancy between the vocational expert's testimony and information in the Dictionary of Occupational Titles (DOT) (SSR 00-4p). Plaintiff may submit additional evidence and arguments to the ALJ on remand. The ALJ will issue a de novo decision and those other aspects of the ALJ's prior decision not specifically addressed here are not affirmed.

This case is reversed and remanded on the above grounds pursuant to sentence four of 42 U.S.C. § 405(g). Plaintiff is entitled to reasonable attorney's fees, expenses and costs pursuant to 28 U.S.C. § 2412(d), upon proper request to this Court.

DATED this 27th day of April, 2009.

Carolyn R. Dimmick
United States District Judge

Presented by:
s/ Carol A. Hoch
CAROL A. HOCH
Special Assistant U.S. Attorney
Attorney for Defendant
701 Fifth Ave, Ste 2900, M/S 901
Seattle, WA 98104-7075
Phone: 206-615-2684
Fax: 206-615-2531
carol.a.hoch@ssa.gov

Page 2          ORDER - 2:08-CV-1596-CRD